UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRITTANY JOHNSON                                CIVIL ACTION

VERSUS                                          NO: 20-478

FOOT LOCKER STORES, INC.                        SECTION: A

## **JUDGMENT**

For the reasons of the Court entered herein,[1]

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of the defendant, Foot Locker Retail, Inc., and against the plaintiff, Brittany Johnson.

New Orleans, Louisiana, this 7th day of July 2021.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

1 Rec Doc 37